INDIANA LUMBERMEN'S MUTUAL
INSURANCE COMPANY et al.

No. 47190.

April 17, 1964.

In re: Athanese J. Jones and Motors Insurance Company applying for certiorari,

or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 161 So. 2d 445.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

162 So.2d 572

STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS

v.

ACME BRICK COMPANY.

No. 47193.

April 17, 1964.

In re: Acme Brick Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 37.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

FOURNET, C. J., and SUMMERS and SANDERS, JJ., are of the opinion that the writ should be granted.